# Court of Appeals
# of the State of Georgia

ATLANTA, June 26, 2019

*The Court of Appeals hereby passes the following order:*

## A19A2150. IN RE TIMOTHY O. MCCALEP.

On September 12, 2018, the trial court found attorney Timothy O. McCalep in contempt for failure to appear at a trial calendar call and ordered that he pay a fine. On October 12, 2018, McCalep filed in the trial court a brief purporting to appeal to this Court from the contempt order. In February 2019, McCalep inquired as to why the court had set a hearing for him to explain why he had not paid the fine as ordered. In response, the court advised that it was moving forward with the case as no notice of appeal had been filed. On March 3, 2019, McCalep filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because McCalep filed his notice of appeal 172 days after entry of the trial court's order, his appeal is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/26/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.